## First Department, September, 1975

### (September 4, 1975)

■ In the Matter of ANTHONY MERCORELLA et al., Respondents, v LOUIS C. BENZA, Appellant, and PATRICIA M. ENNIS et al., Respondents. In the Matter of LOUIS C. BENZA, Appellant, v ANTHONY MERCORELLA et al., Respondents.—The Court of Appeals by order entered September 3, 1975, reversed the order of this court entered August 28, 1975 and remanded the proceeding "for review of questions of fact." In the absence of the transcript, we are bound by the findings of fact made by the referee and confirmed by the Special Term. Accordingly, we unanimously affirm, without costs and without disbursements, the judgment of the Supreme Court, Bronx County, entered August 26, 1975, invalidating the designating petition filed by candidate Louis C. Benza. The judgment entered August 26, 1975, dismissing the companion proceeding to validate the candidacy of petitioner is unanimously affirmed, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.

### (September 5, 1975)

■ In the Matter of PATRICIA M. FERGUSON, Appellant, v JOSEPH J. PREVITE et al., Constituting the Board of Elections of the City of New York, Respondents.—Judgment, Supreme Court, New York County, entered September 4, 1975, unanimously reversed, on the law and on the facts, without costs and without disbursements. The Board of Elections is directed forthwith to rotate in Election Districts Nos. 24, 26, 28, 30, 32, 37, 40 and 88 of the 65th Assembly District in the Borough of Manhattan, City of New York, the slates of names of candidates for Democratic County Committee as required by subdivision 7 of section 242-a of the Election Law. "The mandatory rotation provision of subdivision 7 extends to all primary elections held in New York City". *(Matter of Hirschfeld v Feuer,* 35 NY2d 176, 178.)* Concur—Markewich, J. P., Murphy, Lupiano, Lane and Nunez, JJ.